**726  ROGERS vs. CIRCUIT JUDGE (Kent), No. 14069.**

To vacate a decree of divorce.

Denied April 3, 1894.

Relator filed a bill in Kent County for divorce from the bonds of matrimony. Defendant had been out of the State, but resided in Barry County. He answered. Proofs were taken, and at the hearing complainant's counsel announced that, by mistake, the bill filed prayed for an absolute divorce, and moved for leave to file an amended bill praying for a divorce from bed and board. The motion was granted, and an amended bill was filed to which defendant answered, praying for affirmative relief. By consent, it was agreed that the testimony already taken should stand, and that the defendant's testimony might be taken upon his answer.

By stipulation, the testimony of the defendant was taken before a commissioner in Barry County. No further testimony was taken and defendant was granted an absolute divorce.

Complainant moved to vacate the decree on the ground (1) that defendant's answer did not show that he had been a resident of the State for the statutory period; (2) because the answer did not show sufficient cause for divorce; (3) because no notice was given to the prosecuting attorney of defendant's application for divorce; (4) because the testimony taken in support of defendant's application was taken within the four months; (5) because defendant's testimony was not taken in open court; (6) because relator was not permitted to testify in response to defendant's testimony, (no attempt was made to take or introduce her testimony); and (7) because complainant had no notice or knowledge that a divorce from the bonds of matrimony had been decreed, until after the lapse of the time for an appeal.